1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ROBERT C. ARANT, *et al.*,

    Defendants.

Case No.  C07-0509RSL

ORDER VACATING ORDER
TO SHOW CAUSE AND
UNSEALING CASE

By order dated April 17, 2007, the Court ordered the United States to show cause why the documents filed in this case should not be unsealed after the United States served the documents on the defendant.  The United States has responded to the Order to Show Cause, stated that it has served the defendant, and stated that there is no longer a need to maintain the documents under seal.

Based on the United States' response, the Order to Show Cause (Dkt. #10) is VACATED and all documents filed under seal in this case shall be UNSEALED.  If the parties wish to file any documents under seal in the future, they must comply with Local Rule 5(g) and file either a motion or stipulation and proposed order requesting permission

ORDER VACATING ORDER TO SHOW
CAUSE AND UNSEALING CASE - 1

1    to file specific documents under seal.

2

3         DATED this 30th day of April, 2007.

4

5                              *Robert S Lasnik*

6                              Robert S. Lasnik
                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER VACATING ORDER TO SHOW
     CAUSE AND UNSEALING CASE - 2