1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
9    UNITED STATES OF AMERICA,                      )
                                                    )        No. C07-509RSL
10                            Plaintiff,            )
            v.                                      )
11                                                  )        ORDER DENYING DEFENDANT'S
     ROBERT C. ARANT, *et al.*,                     )        MOTION FOR CURATIVE
12                                                  )        INSTRUCTION
                              Defendants.           )
13   _____)

14

15         This matter comes before the Court on "Defendant's Motion for Curative Instruction"

16   (Dkt. #32).  Defendant Arant's motion relates to a search warrant executed at his residence on

17   April 18, 2007.  See Motion at 2 ("Defendant has observed the Plaintiff invading his home and

18   stealing his belongings under threat of use of deadly force, wearing body armor and bearing

19   firearms."); Dkt. ##1, 2 in Cause No. MJ07-193.  In his motion, defendant claims that the April

20   18, 2007 search violated federal and Washington state criminal statutes and as a result defendant

21   requests a "curative instruction" whether he can "arrest Plaintiff's counselors and agents" in the

22   "U.S. District Court courtroom" and "bring into court the arms necessary to perform any such

23   authorized arrest."  See Motion at 1-2, 7.  The search of defendant's residence was executed

24   pursuant to a valid warrant, and defendant is hereby on notice that he is barred from bringing

25   arms into the courtroom.  See 18 U.S.C. § 930(e)(1) ("[W]hoever knowingly possesses or causes

26   to be present a firearm in a Federal court facility, or attempts to do so, shall be fined under this

ORDER DENYING DEFENDANT'S MOTION
FOR CURATIVE INSTRUCTION

1    title, imprisoned not more than 2 years, or both.").  Therefore, defendant is PROHIBITED from

2    arresting "Plaintiff's counselors and agents" and bringing arms to the court, and "Defendant's

3    Motion for Curative Instruction" (Dkt. #32) is DENIED.

4

5            DATED this 24th day of September, 2007.

6

7                                            _MVA S Casnik_

                                             Robert S. Lasnik

8                                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING DEFENDANT'S MOTION
FOR CURATIVE INSTRUCTION                   -2-