UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

ROBERT C. ARANT,

    Defendant(s).

NO. C07-509RSL

ORDER ON REVIEW OF ORDER DENYING MOTION TO RECUSE

The above-entitled Court, having received and reviewed:

1. Defendant's Affidavit of Prejudice (Dkt. No. 36)

2. Plaintiff's Response (Dkt. No. 37)

3. Order Denying Motion to Recuse and Referring Matter to the Honorable Marsha J. Pechman for Review (Dkt. No. 38)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the order denying the motion to recuse is AFFIRMED on the grounds that Defendant's request for recusal is based on solely on Defendant's disagreement with Judge Lasnik's rulings in his case.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: November _21__, 2007

                          /s/ Marsha J. Pechman
                          Marsha J. Pechman
                          U.S. District Judge

**ORD ON MTN TO RECUSE - 1**