UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>ROBERT C. ARANT, *et al.*,<br><br>   Defendants. | Case No. C07-0509RSL<br><br>ORDER STRIKING REQUIREMENT TO CONDUCT MANDATORY MEDIATION |

  This matter comes before the Court on a motion filed by plaintiff the United States of America (the "United States") to strike the mandatory mediation requirement in Local Rule 39.1 and the Court's July 19, 2007 order setting trial and related dates. The United States has moved for summary judgment and to permanently enjoin defendant from operating his allegedly illegal warehouse bank. It seeks, at a minimum, to postpone mediation until after the Court rules on those motions.

  In addition, the United States notes that it will not agree to settle this case unless defendant consents to the entry of a permanent injunction, which he appears unlikely to do. Accordingly, mediation would likely prove futile. For this reason, and because defendant has not opposed the motion, the Court finds that the United States has shown

ORDER STRIKING REQUIREMENT TO
CONDUCT MANDATORY MEDIATION - 1

good cause to strike the requirement and deadline to conduct mediation in this case.

The United States' motion to strike the deadline for mandatory mediation (Dkt. #53) is GRANTED.

DATED this 29th day of February, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING REQUIREMENT TO
CONDUCT MANDATORY MEDIATION - 2